UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESALDO SHALTO,<br><br>                      Plaintiff,<br><br>                -against-<br><br>KINGS WOK WONG, INC., and<br>SERRES REALTY LLC,<br><br>                     Defendants. | **NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 1:24-cv-06577-LKE |

This matter has been resolved amongst the parties. Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, LESALDO SHALTO by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants KINGS WOK WONG, INC. and SERRES REALTY LLC, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
        November 20, 2024

                                          **THE MARKS LAW FIRM, P.C.**

                                    By_____
                                          Bradly G. Marks, Esq.
                                          155 East 55th Street, Suite 4H
                                          New York, NY 10022
                                          T: (646) 770-3775
                                          E: brad@markslawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

LESALDO SHALTO,

        Plaintiff,

   -against-

KINGS WOK WONG, INC., and SERRES REALTY LLC,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 770-3775
Email: brad@markslawpc.com